IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JOHNNY BROWN,           )<br>                         )<br>    Plaintiff,         )<br>                         )     CIVIL ACTION NO.<br>    v.                   )       2:15cv102-MHT<br>                         )           (WO)<br>DRAPER CORRECTIONAL     )<br>FACILITY and OFFICER    )<br>BOWMAN,                 )<br>                         )<br>    Defendants.         ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit complaining of verbal harassment by a correctional officer. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 12th day of March, 2015.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE